IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LACIE SARLO                                                                                         PLAINTIFF

VS.                                        CASE NO. 05-CV-1052

CHRISTOPHER KEVIN JOHNSON,
Individually and in his official capacity
as a police officer for the City of Warren;
THOMAS R. PEEK, in his official capacity
as the Police Chief for the City of Warren;
DALE STUARD, in his individual capacity as
the former Police Chief for the City of Warren                               DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss filed on behalf of all parties in the above styled and numbered case. (Doc. No. 9). Counsel having advised the Court that this matter has been settled as to all parties, the Court finds that the joint motion to dismiss should be and hereby is granted. IT IS THEREFORE ORDERED that this action is **dismissed with prejudice**. If any party desires the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 15th day of August, 2006.

                                                                /s/Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge